**2013–0122. State v. Paige.**
Cuyahoga App. No. 97939, 2012-Ohio-5727. Reported at 134 Ohio St.3d 1509, 2013-Ohio-1123, 984 N.E.2d 1102. On motion for reconsideration. Motion denied.

LANZINGER and O'NEILL, JJ., dissent.

**2013–0197. JP Morgan Chase v. Brown.**
Hamilton App. No. C–120676. Reported at 134 Ohio St.3d 1504, 2013-Ohio-1054, 984 N.E.2d 1099. On motion for reconsideration. Motion denied. On motion for relief from entry of dismissal of case. Motion denied.

**2013–0460. Perry v. Williams.**
Hamilton App. No. C–120120. Reported at 135 Ohio St.3d 1403, 2013-Ohio-1322, 985 N.E.2d 514. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS
*May 23, 2013*

[Cite as *05/23/2013 Case Announcements*, 2013-Ohio-2084.]

## MOTION AND PROCEDURAL RULINGS

**In re Grundstein.**
On June 3, 2009, this court found Robert Grundstein to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Grundstein was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. Grundstein has presented a motion for leave to proceed to file a motion to modify order.

It is ordered by the court that the motion for leave to proceed is denied.